UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


UNITED STATES OF AMERICA


vs.                                   Case No.:      3:11-cr-5-J-20-JRK


TODD A. PERLA

_____/

## DEFENDANT DR. TODD A. PERLA'S
## EXHIBIT LIST FOR TRIAL

COMES NOW the Defendant, DR. TODD A. PERLA, by and through his

undersigned counsel and files his Exhibit List for Trial:

| Exhibit No. | Date ID'ed | Date Admitted | Witness | Exhibit |
|---|---|---|---|---|
| | | | | Dr. Perla's Military Service Records |
| | | | | Clinic Sketch/Floorplan |
| | | | | Dr. Parran's Report |
| | | | | Grand Jury Testimony  - Dwight Butterfield |
| | | | | Grand Jury Testimony  - Jenna Crawley |
| | | | | Grand Jury Testimony  - Louis Fisher |
| | | | | Grand Jury Testimony  - Dr. Elio Madan |
| | | | | Grand Jury Testimony  - Dr. Ted Parran |
| | | | | Grand Jury Testimony  - SA Janet Pelliciotti |
| | | | | Grand Jury Testimony  - Johanna Rivera |
| | | | | Grand Jury Testimony  - Eric Staudermann |
| | | | | Grand Jury Testimony  - Clyde Suttles |
| | | | | Patient Records – Garland Hord |

| | | | | |
|---|---|---|---|---|
| | | | | Patient Records – Sonia Jennings |
| | | | | Patient Records – Jon Johnson |
| | | | | Patient Records – Mona Johnson |
| | | | | Patient Records – Susan Johnston |
| | | | | Patient Records – Danielle Kise |
| | | | | Patient Records – Eric Know |
| | | | | Patient Records – Jeanette Kunze |
| | | | | Patient Records – Carol Leonard |
| | | | | Patient Records – Kenneth Martin, Jr. |
| | | | | Patient Records –  Mandy McGloin |
| | | | | Patient Records – Jonathon Morris |
| | | | | Patient Records – William Odom |
| | | | | Patient Records – Terry Owens |
| | | | | Patient Records – Terry Partin |
| | | | | Patient Records – Sharonda Perdue |
| | | | | Patient Records – Wade Phillips |
| | | | | Patient Records – Lakesha Robinson |
| | | | | Patient Records –Travis Rule |
| | | | | Patient Records – James Scott |
| | | | | Patient Records – Marsha Simmons |
| | | | | Patient Records – Kalia Smallwood |
| | | | | Patient Records – Gregory Smiley |
| | | | | Patient Records – Brian Spaulding |
| | | | | Duval Wellness Center - Discharged Patients List  - DW-1B148 |
| | | | | Duval Wellness Center - List of unusual 1st names  - DW-1B110 |
| | | | | Duval Wellness Center - Medication History DW-1B128 |

| | | | | |
|---|---|---|---|---|
| | | | | Duval Wellness Center - Daily Script Log Reports - DW-1B137 |
| | | | | Duval Wellness Center - Front Office Duties DW1B150 |
| | | | | Publications of Dr. Ronald T. Libby |
| | | | | *Reliability and Validity of a New Objective Tool For Low Back Pain Functional Assessment*<br><br>Spine. 2011;36(16):1279-1288. Daniel Sánchez-Zuriaga, MD, PhD, Juan López-Pascual, BSc, David Garrido-Jaén, BSc, Maria Francisca Peydro de Moya, PhD, MD, Jaime Prat-Pastor, MD, PhD. |
| | | | | *Social Security Disability for Back Pain* http://www.ultimatedisabilityguide.com/back_disability.html |
| | | | | *PATIENTS WHO REQUIRE ULTRA-HIGH OPIOID DOSES.* Practical Pain Management, September 2009.  Jennifer Schneider, MD; Alfred Anderson, MD; Forest Tennant MD, Dr PhD |
| | | | | *The 10-minute examination for low back pain: an efficient and effective approach to diagnosis and management.(Clinical Update: IN MUSCULOSKELETAL MEDICINE).* The Journal of Musculoskeletal Medicine, April 1, 2008.  Kuritzky, Louis; Feller, David B. |
| | | | | *Assess the Person, Not Just the Pain.* International Association of Pain  Volume I, Issue 3, September 1993.  Dennis C. Turk, Ph.D.  Pain Evaluation and Treatment Institute University of Pittsburgh School of Medicine |
| | | | | *Opioid Tapering*  March 2006.  Lee A. Kral, PharmD, BCPS. |

The Defendant, DR. TODD A. PERLA, respectfully requests that this Court permit the Defendant, through leave of Court, to offer any exhibit contained within the Government's Exhibit List or a Co-Defendant's Witness List, and for good cause

shown, to allow an addition to the Exhibit List as the Trial unfolds and unforeseen events develop.

Respectfully submitted March 20, 2013.


s / John Montgomery Stokes
John M. Stokes, Esquire
Florida Bar Number:  0664383
Counsel for Dr. Todd A. Perla


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2013, I electronically filed this Exhibit List for Trial (Dr. Todd A. Perla) with the Clerk of United States District Court, Middle District of Florida, Jacksonville Division, through the CM/ECF system, that automatically sends a notice of the same electronically to Assistant United States Attorney Jay Taylor, Esquire, Assistant United States Attorney Diidri W. Robinson, and all parties enrolled similarly in this cause.


s / John Montgomery Stokes
**JOHN M. STOKES, Esquire**
Florida Bar Number:  0664383
Counsel for the Defendant
STOKES LAW FIRM
408 West University Avenue, Suite 204
Post Office Box 12716
Gainesville, Florida  32604
(352)  338-8410      Telephone
(352)  338-8418      Facsimile
stokeslaw@cox.net   E-Mail Address
www.gatorslaw.com Website Address