UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSOVILLE DIVISION

UNITED STATES OF AMERICA
    Plaintiff,              Case no.: 3:11-CR-5-J-20JRK

vs.

JASON COLE VOTROBEK,
    Defendant.
_____/

## EXIBIT LIST FOR DEFENDANT JASON VOTROBEK

The following list of exhibits is disclosed by Defendant Votrobek by & through undersigned counsel.

## EXHIBIT LIST

| NO. | DATE IDENTIFIED | DATE ADMITTED | WITNESS | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | 001 ZACHARY ROSE JAIL CALLS 1/2/12 |
| 2 | | | | 002 ZACHARY ROSE JAIL CALLS 2/17/12 |
| 3 | | | | 003 ZACHARY ROSE JAIL CALLS 1/14/12 |
| 4 | | | | 004 ZACHARY ROSE JAIL CALLS 1/15/12 |
| 5 | | | | 005 ZACHARY ROSE JAIL CALLS 2/20/12 |
| 6 | | | | 006 ZACHARY ROSE JAIL CALLS 2/23/12 |
| 7 | | | | 007 ZACHARY ROSE JAIL CALLS 3/16/12 |

Respectfully Submitted,

/s/ BLB

Brook L. Butler, Esquire
Florida Bar No.: 025784
601 21st Street, Suite 300
Vero Beach, Florida 32960
Phone: 772-453-2820
Fax: 772-453-2822
Email: blblawyer4people@live.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 25, 2013 I electronically filed the foregoing with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to the following: Jay Taylor, Esquire, Assistant U.S. Attorney, United States Attorney's Office, 300 North Hogan Street, Suite 700, Jacksonville, Florida 32202, and attorneys for all Defendants

Respectfully Submitted,

s/ Brook Butler
Brook L. Butler, Esquire
Florida Bar No.: 025784
601 21st Street, Suite 300
Vero Beach, Florida 32960
Phone: 772-453-2820
Fax: 772-453-2822
Email: blblawyer4people@live.com