UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:11-cr-5(S2)-J-20JRK

KRYSTOPHER ADRAIN LEGG

### MOTION BY THE UNITED STATES FOR
### REDUCTION IN SENTENCE
### PURSUANT TO FED. R. CRIM. P. 35(b)

The United States of America, by Maria Chapa Lopez, United States

Attorney for the Middle District of Florida, and pursuant to Fed. R. Crim. P.

35(b) and 18 U.S.C. § 3553(e), hereby moves for a sentence reduction for the

above-referenced defendant and further states:

1.      The defendant was sentenced on December 17, 2014, to 102

months imprisonment.

2.      Since his sentencing, the defendant has continued to assist law

enforcement, which assistance, the government views as substantial assistance.

Specifically, the defendant provided truthful and timely testimony in the case  of

*State of Florida v. James Leon Jackson*, Case No. 2013CF01332, In the Circuit

Court in and for Duval County, Florida, on or about December 3, 2018. The

case involved the first degree murder of a small child.

3.      Should the Court grant this motion, the United States believes

that, because of his efforts on behalf of the law enforcement, Krystopher Legg

should receive a two-level reduction in his offense level for his assistance. Legg

is currently on supervised release and his probation officer advises that he is

doing well and that he has no objection to a reduction of the term of Legg's

supervised release. The United States specifically recommends a 12 to 18 month

reduction of his term of supervised release.  He is currently due to exit his

supervised release sentence in January, 2023.

WHEREFORE, the government respectfully urges this Honorable Court

to grant this motion, consistent with the above-noted recommendation.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By:    *s/ Jay Taylor*
JAY TAYLOR
Assistant United States Attorney
Florida Bar No. 0511730
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone:  (904) 301-6300
Facsimile:   (904) 301-6310
E-mail:       jay.taylor@usdoj.gov

**U.S. v. Krystopher Adrian Legg**          **Case No. 3:11-cr-5(S2)-J-20JRK**

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Thomas Bell, Esq.


*s/ Jay Taylor*
JAY TAYLOR
Assistant United States Attorney