UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.	CASE NO.   3:11-cr-5-J-20JRK

**KRYSTOPHER ADRIAN LEGG**

_____/

**O R D E R**

**THIS CAUSE** is before this Court on the Government's "Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b)" (Dkt. 937). Upon review of the record, it appears to this Court that Defendant Legg provided substantial assistance to the government. The Government recommends that Defendant Legg receive a 2-level reduction in his offense level for his assistance.

Based upon the substantial assistance provided by Defendant Legg pursuant to Fed. R. Civ. P. 35(b)(2), it is hereby,

**ORDERED AND ADJUDGED** that Judgment filed on December 18, 2014 (Dkt. 887) is modified as follows:

A. Defendant's offense level is reduced by **by two (2) levels** on Count One;

B. Defendant is currently on supervised release and his supervised release is reduced from 60 months to _42_ month on Count One.

C. All other provisions of the Judgment entered on December 18, 2014 (Dkt. 887) shall remain in full force and effect.

**DONE AND ENTERED** at Jacksonville, Florida, this 3rd day of July, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jay Taylor, Esq.
Thomas Bell, Esq.
U.S. Probation Office